Timothy Lee **BLUDWORTH**, Plaintiff–Appellant,

v.

CITY OF **STOCKTON**; et al., Defendants–Appellees.

No. 14–15845.

United States Court of Appeals, Ninth Circuit.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provid-

Submitted Nov. 18, 2014.*

Filed Dec. 4, 2014.

Timothy Lee Bludworth, Jamestown, CA, pro se.

Before: LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

California state prisoner Timothy Lee Bludworth appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action related to his criminal conviction. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915A. *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000). We affirm.

The district court properly dismissed Bludworth's action as *Heck*-barred because success on Bludworth's claims would necessarily imply the invalidity of his conviction. *See Heck v. Humphrey*, 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994) (holding that, "in order to recover damages for an allegedly unconstitutional conviction or imprisonment, or for other harm caused by actions whose unlawfulness would render a conviction or sentence invalid," a plaintiff must prove "that the conviction or sentence has been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to make such determi-

nation, or called into question by a federal court's issuance of a writ of habeas corpus").

**AFFIRMED.**

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

